| | |
|---|---|
| SPEED BOATS OF TEXAS, LP d/b/a ) <br> LEGEND MARINE GROUP, a Texas ) <br> Partnership, FNT FINANCIAL, LLC, a ) <br> Texas Limited Liability Company, and ) <br> GREG CONNELL, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., ) <br> ) <br> Defendant. ) | No. 10 CV 01434 <br><br> Honorable Charles P. Kocoras |

**JOINT MOTION FOR PRELIMINARY FINDING UNDER CIRCUIT RULE 57 AND TO ENTER AGREED JUDGMENT**

Plaintiffs, Speed Boats of Texas, LP d/b/a Legend Marine Group, FNT Financial LLC, and Greg Connell ("Plaintiffs") and Defendant, Bank of America, N.A. ("Bank" or "Bank of America") by their attorneys, pursuant to Fed.R.Civ.P. 60(b), hereby jointly move to modify the judgment entered in this matter and enter the agreed judgment in the form attached hereto as Exhibit A. In support of its Motion, the parties state as follows:

1.    The parties have entered into a settlement and forbearance agreement, contingent upon the entry of an agreed judgment, in the form attached hereto as Exhibit A, no later than February 28, 2012. Because an appeal is pending from the existing judgment, the matter must be remanded by the Seventh Circuit in order to modify the existing judgment and to enter the agreed judgment. Pursuant to Circuit Rule 57, the parties request this Court to indicate that it is inclined to grant this motion, and

following the Seventh Circuit's remand of the case, to enter the agreed judgment in the form attached hereto as Exhibit A.

2.	On February 25, 2011, the Bank's summary judgment motion was granted and judgment (the "Judgment") was entered in favor of the Bank by this Court. By order dated May 4, 2011, this Court denied Plaintiffs' motion for a new trial, but acknowledged a partial satisfaction of the Judgment in the amount of $66,876.90. In addition to the payments acknowledged by the May 4 Order, Borrower has made additional payments on the Judgment and/or the Bank has received additional payments from the liquidation of certain collateral or other sources. The Bank contends that the unsatisfied balance of the Judgment as of January 25, 2012 is $218,220.04, plus attorney's fees and costs.

3.	The Bank has filed a Petition for Attorney's Fees and Costs, which is pending and undecided. Subject to the Court's approval, the parties have agreed to compromise the pending Petition and agree that Bank of America's motion for attorney's fees as well as its nontaxabale expenses and costs should be partially granted and partially denied.

4.	In order to compromise the pending disputes (including the pending appeal), the parties agree to and request entry of a judgment in the amount of Two Hundred and Fifty Thousand Dollars ($250,000) in favor of Bank of America, N.A. and against Speed Boats of Texas, LP d/b/a Legend Marine Group, FNT Financial, LLC, and Greg Connell, jointly and severally. The allowed amounts under the Bank's Petition for Attorney's Fees and Costs are included in the modified judgment of $250,000.

5.	Pursuant to the terms of that separate written agreement between the parties, the Bank has agreed to forbear on the collection of the judgment, including

recording or abstracting the Judgment, provided the agreed judgment requested herein is entered and subject to the terms set forth in that separate agreement.

WHEREFORE, the parties respectfully request pursuant to Circuit Rule 57, the entry of a preliminary finding that this Court is inclined to grant this motion, and following the Seventh Circuit's remand of the case, the entry of the agreed judgment in the form attached hereto as Exhibit A, and such other and further relief as is just and proper.

Respectfully submitted,

By:/s/ Kim Lucas (with consent)
    Kim A. Lucas
    KYLE MATHIS & LUCAS LLP
    TX State Bar No. 14991480
    8226 Douglas Ave., Suite 450
    Dallas, Texas 75225
    (214) 706-7600
    (214) 706-7622 (Fax)

    Attorney for Plaintiffs
    Speed Boats of Texas, LP, d/b/a
    Legend Marine Group a Texas
    Limited Partnership, FNT
    Financial, LLC, a Texas Limited
    Liability Company, and Greg
    Connell, an Individual

By:/s/ Lawrence M. Benjamin
    Lawrence M. Benjamin
    Neal, Gerber & Eisenberg LLP
    Illinois State Bar No. 6196417
    Two North La Salle Street,
    Suite 1700
    Chicago, IL 60602-3801

    One of the Attorneys for
    Defendant, Bank of America, N.A.